

# THE STATE OF TEXAS
## MANDATE

TO THE 30TH DISTRICT COURT OF WICHITA COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 18th day of September, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Quran Bryant, Stephen A. Barfield, and<br>Grace Everett, Appellants | No. 06-14-00007-CV |
| | Trial Court No. 178,120-A |
| v. | |
| Dennis J. Cady, Ind. and as Trustee of<br>the Dennis J. Cady Living Trust d/b/a<br>Cady Enterprises, Appellee | |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Dennis J. Cady, Ind. and as Trustee of the Dennis J. Cady Living Trust d/b/a Cady Enterprises, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 15th day of January, A.D. 2015.

DEBRA K. AUTREY, Clerk